# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ABRAHAM ATACHBARIAN, <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br>ADVAXIS, INC.; DAVID SIDRANSKY; JAMES P. PATTON; RICHARD J. BERMAN; RONI A. APPEL; KENNETH A. BERLIN, AND SAMIR N. KHLEIF; <br><br>　　　　　　Defendants. | Case No. 3:21-cv-20006 <br><br>(Quraishi, J.) <br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff Abraham Atachbarian ("Plaintiff") voluntarily dismisses this action with prejudice as to Plaintiff's claims. This notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: December 17, 2021

**LONGMAN LAW, P.C.**

_____
Howard T. Longman
354 Eisenhower Parkway, Suite 1800
Livingston, NJ 07039
Tel: (973) 994-2315
Fax: (973) 994-2319
E-mail: HLongman@Longman.Law

SO ORDERED:
s/ Zahid N. Quraishi, U.S.D.J.
Dated: 12/20/2021

Lynda J. Grant
THE GRANT LAW FIRM, PLLC
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel: (212) 292-4441
Fax: (212-292-4442
Email: Lgrant@grantfirm.com
*Attorneys for Plaintiff*

1